State *vs.* Berweyer.

## No. 6866.

## THE STATE VS. ISHAM MILES.

The Act of 1877, Sess. Acts, p. 55, which confers upon the district judges the power to appoint jury commissioners, is constitutional, the duty thus imposed upon them being judicial.

APPEAL from the District Court for Franklin.    SMITH, J.

The Attorney-General for the State.   *A. W. Moore* and *Boatner &* *Elam* for Defendant.

The defendant was convicted of larceny and sentenced to hard labour for two years, and moved in arrest that the Act of 1877, Sess. Acts. p. 55, under which the jury was drawn, was unconstitutional in that it conferred upon the district judges the power to appoint jury commissioners, and this was in violation of Art. 82, Const. 1868, which forbade any duties or functions being attached to the judges but such as are judicial.

DE BLANC, J., delivered the opinion, affirming the judgment.

## No. 6602.

## THE STATE VS. MARK BERWEYER.

Under an indictment for robbery, the value of the property taken is immaterial provided it be of some value. A watch worth a penny forcibly extorted makes the robbery as well as if worth a pound, the gist of the offence being the force and terror. If something be taken and it be of some value, it is sufficient.

APPEAL from the Superior Criminal Court of New Orleans.   WHITA-KER, J.

The Attorney-General for the State.   *Hagins* for Defendant.

DE BLANC, J., delivered the opinion affirming the judgment.